**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Katherine Peters            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-14133 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
27 Oct 2025, 12:25:57, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322

Document ID: f771dbc5d05e3c603190caa893931b8e299b93219a726bd030c8f1dcc4972b6a