Certificate Number: 05781-PAE-DE-040548509

Bankruptcy Case Number: 25-14133



05781-PAE-DE-040548509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2026, at 11:14 o'clock AM PST, Katherine Peters completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 26, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President