UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Katherine Peters | Bankruptcy No.25-14133-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of January, 2026, by first class mail upon those listed below:

Katherine Peters
82 Sugar Maple Rd
Barto, PA  19504

**Electronically via CM/ECF System Only:**

ROSS, QUINN & PLOPPERT, P.C.
JOSEPH L QUINN ESQUIRE
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee