# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Katherine Peters | : | Chapter 13 |
| Debtor | : | Bky. No.:  25-14133-pmm |

## CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on February 11, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: February 11, 2026        By:    /s/ Joseph Quinn
                                      Joseph Quinn, Esquire
                                      Attorney I.D. No. 307467
                                      **ROSS, QUINN & PLOPPERT, P.C.**
                                      192 S. Hanover Street, Suite 101
                                      Pottstown, PA 19464
                                      T: 610.323.5300
                                      JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Scott F. Waterman, Esq.
ECFMail@ReadingCh13.com
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

1

Matthew K. Fissel, Esquire
Midfirst Bank
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

AES/PHEAA
Attn: Bankruptcy
P.O. Box 2461
Harrisburg, PA 17105
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Apex Asset Management
PO Box 5407
Lancaster, PA 17606-5407
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Attorney General of the United States
Ben Franklin Station
PO Box 227
Washington, DC 20044
Attorney
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Capital One, N.A.
By AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

CSCRC03
PO Box 1280
Oaks, PA 19456
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

ECMC
PO Box 16408
St. Paul, MN 55116-0408
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101-7346
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Main Line Health
Patient Payments
PO Box 780163
Philadelphia, PA 19178-0163
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Merrick Bank c/o
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

PHEAA
PO Box 8147
Harrisburg, PA 17105
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Plusfinance/cws
Attn: Bankruptcy
Po Box 9222
Old Bethpage, NY 11804
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Radius Global Solutions LLC
7505 Metro Blvd
Suite 400-A
Minneapolis, MN 55439
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Raymour & Flanagan
7248 Morgan Road
PO Box 220
Liverpool, NY 13088
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

TD Bank, N.A.
PO Box 1931
Burlingame, CA 94011
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

U.S. Department of Housing and
Urban Development
801 Market Street 12th Floor
Philadelphia, PA 19107
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN 55426-1063
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:

☐Other:
Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438
Creditor
Via:     ☐ CM/ECF    ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
☐Other:

Wells Fargo Bank, N.A.
333 Market Street
San Francisco, CA 94105
Creditor
Via:     ☐ CM/ECF    ☒1st Class Mail     ☐Certified Mail     ☐e-mail:
☐Other: