THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Katherine Peters,                    :          Chapter 13

           Debtor                    :          No. : 25-14133-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1.   That I am the attorney for Katherine Peters, Debtor in the above-captioned matter.

2.   That a copy of the motion to avoid the inchoate judicial lien of Wells Fargo Bank, N.A., along with notice of motion filed with this Court on February 11, 2026 was served upon parties in interest on February 11, 2026.

3.   A Certificate of Service was filed with this Court on February 11, 2026, declaring service to the parties in interest.

4.   A response deadline was set for March 4,2026.

5.   No response to said Motion has been received as of March 5, 2026.

Respectfully Submitted,

ROSS, QUINN & PLOPPERT, P.C

BY:   */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA  19464
      T: (610) 323 - 5300
      F: (610) 323 - 6081

Date: March 5, 2026      JQuinn@rqplaw.com