UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Katherine Peters,                          :          Chapter 13
                              Debtor                  :          Bky. No.: 25-14133-pmm

## ORDER

AND NOW, upon the motion of Debtor Katherine Peters to avoid the inchoate judicial lien arising from docket number 25-3168 at the Court of Common Pleas in Berks County, Pennsylvania upon Debtor Katherine Peters' exempt real property located at 82 Sugar Maple Road, Barto, Berks County, Pennsylvania, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Wells Fargo Bank, N.A., if any, in Debtor Katherine Peters' real property located at 82 Sugar Maple Road, Barto, Berks County, Pennsylvania is avoided subject to reinstatement in the event that this case is dismissed prior to discharge.

BY THE COURT:

**March 10, 2026**
_____
Date

_____
PATRICIA M. MAYER
United States Bankruptcy Judge