United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 25-14133-pmm

Katherine Peters                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 10, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Katherine Peters, 82 Sugar Maple Rd, Barto, PA 19504-9148 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15079752 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Mar 11 2026 00:34:26 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 15085374 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Mar 11 2026 00:34:26 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15059974 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Mar 11 2026 00:34:37 | Wells Fargo Bank, NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026            Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Katherine Peters CourtNotices@rqplaw.com |
| MATTHEW K. FISSEL | |

District/off: 0313-4                          User: admin                                      Page 2 of 2

Date Rcvd: Mar 10, 2026                       Form ID: pdf900                                  Total Noticed: 4

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Katherine Peters,                  :        Chapter 13
                        Debtor                  :        Bky. No.: 25-14133-pmm

## ORDER

AND NOW, upon the motion of Debtor Katherine Peters to avoid the inchoate judicial lien arising from docket number 25-3168 at the Court of Common Pleas in Berks County, Pennsylvania upon Debtor Katherine Peters' exempt real property located at 82 Sugar Maple Road, Barto, Berks County, Pennsylvania, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Wells Fargo Bank, N.A., if any, in Debtor Katherine Peters' real property located at 82 Sugar Maple Road, Barto, Berks County, Pennsylvania is avoided subject to reinstatement in the event that this case is dismissed prior to discharge.

BY THE COURT:

**March 10, 2026**
_____                    _____
Date                                              PATRICIA M. MAYER
                                                      United States Bankruptcy Judge