United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Katherine Peters

    Debtor

Case No. 25-14133-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katherine Peters, 82 Sugar Maple Rd, Barto, PA 19504-9148 |
| 15059959 | + | Attorney General of the United States, Ben Franklin Station, PO Box 227, Washington, DC 20044-0227 |
| 15059965 | + | CSCRC03, PO Box 1280, Oaks, PA 19456-1280 |
| 15059967 | | Main Line Health, Patient Payments, PO Box 780163, Philadelphia, PA 19178-0163 |
| 15059969 | + | Nicole M. Francese Esq., 200 Eagle Road, Suite 120, Wayne, PA 19087-3115 |
| 15059973 | + | TD Bank, 991 S. Township Line Rd, Royersford, PA 19468-1823 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15059956 | + | Email/Text: bncnotifications@pheaa.org | Apr 03 2026 00:21:00 | AES/PHEAA, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15062635 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 03 2026 00:22:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15059957 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 03 2026 00:22:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 15059958 | ^ | MEBN | Apr 03 2026 00:19:38 | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 15059960 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 03 2026 00:21:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 15066196 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 03 2026 00:21:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15059964 | | Email/Text: correspondence@credit-control.com | Apr 03 2026 00:21:00 | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 15059961 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 00:30:43 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15059962 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 00:30:43 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15063893 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 03 2026 00:30:44 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15059963 | + | Email/Text: bankruptcy@cavps.com | Apr 03 2026 00:22:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 15085717 | + | Email/Text: bankruptcy@cavps.com | Apr 03 2026 00:22:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15102280 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 03 2026 00:21:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

District/off: 0313-4     User: admin     Page 2 of 3

Date Rcvd: Apr 02, 2026     Form ID: 155     Total Noticed: 35

| ID | | Method | Date | Recipient |
|---|---|---|---|---|
| 15059966 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2026 00:21:00 | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 15077704 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2026 00:30:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15071739 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 03 2026 00:30:52 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15065168 | ^ | MEBN | Apr 03 2026 00:19:28 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15059968 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 03 2026 00:30:42 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15066707 | + | Email/Text: bncnotifications@pheaa.org | Apr 03 2026 00:21:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15059970 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 03 2026 00:30:54 | Plusfinance/cws, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15079433 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2026 00:21:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15059971 | + | Email/Text: ngisupport@radiusgs.com | Apr 03 2026 00:21:00 | Radius Global Solutions LLC, 7505 Metro Blvd, Suite 400-A, Minneapolis, MN 55439-3010 |
| 15059972 | ^ | MEBN | Apr 03 2026 00:19:33 | Raymour & Flanagan, 7248 Morgan Road, PO Box 220, Liverpool, NY 13088-0220 |
| 15066235 | ^ | MEBN | Apr 03 2026 00:19:36 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 15060894 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 03 2026 00:31:03 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15079752 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 03 2026 00:30:53 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 15085374 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 03 2026 00:30:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15059974 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 03 2026 00:30:54 | Wells Fargo Bank, NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 15059975 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 03 2026 00:30:43 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4                          User: admin                                    Page 3 of 3

Date Rcvd: Apr 02, 2026                       Form ID: 155                                    Total Noticed: 35

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                   Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| JOSEPH L QUINN | |
| | on behalf of Debtor Katherine Peters CourtNotices@rqplaw.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com   matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                     )

    Katherine Peters         )          Case No. 25−14133−pmm

                     )

                     )

    Debtor(s).             )          Chapter: 13

                     )

                     )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 2, 2026                    For The Court

                                       Patricia M. Mayer
                                       Judge, United States Bankruptcy Court