Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Katherine Peters
82 Sugar Maple Rd
Barto, PA 19504

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-14133-PMM**

Petition Filed Date: 10/10/2025
341 Hearing Date: 11/18/2025
Confirmation Date: 04/02/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/17/2025 | $435.00 | | 12/15/2025 | $435.00 | | 01/14/2026 | $435.00 | |
| 02/17/2026 | $435.00 | | 03/16/2026 | $435.00 | | 04/14/2026 | $435.00 | |
| 05/14/2026 | $435.00 | | 06/15/2026 | $435.00 | | 07/14/2026 | $435.00 | |

**Total Receipts for the Period: $3,915.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $5,678.00 | $4,015.10 | $1,662.90 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $3,535.44 | $0.00 | $3,535.44 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $1,515.54 | $0.00 | $1,515.54 |
| 5 | TD BANK NA<br>»» 005 | Unsecured Creditors | $5,782.20 | $0.00 | $5,782.20 |
| 6 | EDUCATIONAL CREDIT MGMT CORP<br>»» 006 | Unsecured Creditors | $16,763.86 | $0.00 | $16,763.86 |
| 7 | MIDFIRST BANK<br>»» 007 | Mortgage Arrears | $5,668.65 | $0.00 | $5,668.65 |
| 8 | MERRICK BANK<br>»» 008 | Unsecured Creditors | $885.21 | $0.00 | $885.21 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $1,847.40 | $0.00 | $1,847.40 |
| 10 | WELLS FARGO BANK NA<br>»» 010 | Unsecured Creditors | $10,418.45 | $0.00 | $10,418.45 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 11P | Priority Crediors | $8,692.83 | $0.00 | $8,692.83 |
| 13 | WELLS FARGO BANK NA<br>»» 012 | Unsecured Creditors | $1,704.78 | $0.00 | $1,704.78 |

**Chapter 13 Case No. 25-14133-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | CAVALRY SPV INVESTMENTS LLC<br>»» 013 | Unsecured Creditors | $576.62 | $0.00 | $576.62 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 11U | Unsecured Creditors | $330.60 | $0.00 | $330.60 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,350.00 | Current Monthly Payment: | $435.00 |
| Paid to Claims: | $4,015.10 | Arrearages: | $0.00 |
| Paid to Trustee: | $334.90 | Total Plan Base: | $26,100.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.